# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

154552 & (88)(89)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 154552
                                     COA: 325313
                                     Saginaw CC: 14-039760-FC

JOHN HENRY GRANDERSON,
     Defendant-Appellant.
_____/

       By order of May 31, 2017, the prosecuting attorney was directed to answer the application for leave to appeal the September 13, 2016 judgment of the Court of Appeals. The answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the case of *People v Chatman* (Docket No. 155184) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

       The motion for immediate consideration is DENIED. The motion for leave to file a supplemental brief remains pending.



d0906

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk